*Northern District*

No. 7269

## FRED C. CHURCH & CO.

v.

## JAMES PACY, JR.

Argued: Mar. 25, 1970 - Decided: Apr. 29, 1970

*Present:* Brooks, P.J., Connolly, J.

Case tried to *Cowdrey, J.,* in the District Court of Lowell No. 1728 of 1968.

*Per Curiam: This appeal is from a ruling of an interlocutory matter (a motion to dismiss)* in a case not ripe for judgment.

The report does not clearly appear to be the report of the trial judge. *Patrick* v. *Mikolaitis,* 22 Mass. App. Dec. 167; *Pokrant* v. *Horrigan,* 20 Mass. App. Dec. 1; *Krock* v. *Consolidated Mines and Power Co.,* 286 Mass. 177.

The motion to dismiss should be treated as a demurrer. *Carmel Credit Union* v. *Lesser,* 344 Mass. 623.

As a demurrer, its grounds would be that the matters contained in the declaration are insufficient in law to enable the plaintiff to maintain its action. G.L. c. 231, § 18.

The case is remanded without prejudice to the District Court of Lowell for a hearing on the demurrer and, if necessary, a trial on the merits.

WALLACE H. LEVY
  for the Plaintiff.

ALBERT W. WUNDERLY
  for the Defendant.